**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW CULBERSTON,

    Plaintiff,

v.                                Case No:  6:19-cv-1294-Orl-78LRH

BSN MEDICAL INC.,

    Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. 22), filed August 21, 2020. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on August 24, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record